**DISMISS; and Opinion Filed July 11, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00911-CV

**ROGELIO GONZALEZ AND ALL OTHER OCCUPANTS, Appellant**
**V.**
**DEL ROY FUNDS, L.P., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03558-B**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Lang-Miers

The clerk's record in this case is overdue. By letter dated December 14, 2012, we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

120911F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROGELIO GONZALEZ AND ALL
OTHER OCCUPANTS, Appellant

No. 05-12-00911-CV        V.

DEL ROY FUNDS, L.P., Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-03558-B.
Opinion delivered by Justice Lang-Miers.
Justices Moseley and Bridges participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
    It is **ORDERED** that appellee DEL ROY FUNDS, L.P. recover its costs of this appeal from appellant ROGELIO GONZALEZ AND ALL OTHER OCCUPANTS.


Judgment entered this 11th day of July, 2013.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

–3–